UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN WHITE,

                      Plaintiff,

against

NEW YORK CITY POLICE DEPARTMENT, et al.,

                      Defendants.

CIVIL ACTION NO.: 19 Civ. 7945 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff, Devin White, is directed to respond, via ECF, to the Letter-Motion of Interested Party Office of the Corporation Counsel of the City of New York ("Corporation Counsel") (ECF No. 12), by **Friday, December 6, 2019**. Mr. White's response must state whether he intends to produce to Corporation Counsel a fully executed unsealing release pursuant to New York State Criminal Procedure Law § 160.50 and, if so, by what date. If Mr. White does not intend to produce the release, his response must state his reason.

Corporation Counsel's deadline to identify the four John Doe officers whom Mr. White plans to name as defendants in this action and Mr. White's deadline to file an amended complaint naming the John Doe defendants is adjourned sine die.

Dated: New York, New York
December 2, 2019

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge