UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN WHITE,

                Plaintiff,

against

NEW YORK CITY POLICE DEPARTMENT, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 7945 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 2, 2019 Plaintiff, Devin White, was directed to respond to the Letter-Motion of Interested Party Office of the Corporation Counsel of the City of New York ("Corporation Counsel") (ECF No. 12), by Friday, December 6, 2019.

Mr. White failed to respond and is **ORDERED** to file a letter, by **Monday, December 16, 2019**, explaining his failure to comply with the Court's order. If Mr. White does not timely comply, his failure may result in an order compelling him to produce a completed, executed, and notarized unsealing release pursuant to New York State Criminal Procedure Law § 160.50.

The Clerk of Court is respectfully directed to mail this order to Plaintiff at the address below.

Dated: New York, New York
December 11, 2019

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To: Devin White
2205 Davidson Ave.
#6B
Bronx, NY 10453