UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN WHITE,

                Plaintiff,

against

NEW YORK CITY POLICE DEPARTMENT, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 7945 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 2 and 11, 2019, Plaintiff Devin White was directed to respond to the Letter-Motion of Interested Party Office of the Corporation Counsel of the City of New York ("Corporation Counsel") (ECF No. 12). (ECF Nos. 13, 15). Mr. White failed to respond both times and on December 17, 2019, was ordered to produce a completed, executed, and notarized unsealing release pursuant to New York State Criminal Procedure Law § 160.50 to Corporation Counsel by Monday, December 30, 2019. (ECF No. 18). Mr. White again failed to comply with the Court's order. Defendants now seek a second order compelling Mr. White's production of the release and warning him that his case could be dismissed if he fails to comply. (ECF No. 19).

A Telephone Conference is scheduled for **Monday, January 13, 2020 at 11:00 am** regarding Mr. White's continued failure to comply with the Court's orders. At the above date and time, Defendants' counsel is directed to call Chambers at (212) 805-0214 with all parties on the line. All counsel who intend to speak during the call must use a landline or phone with

equivalent quality. On receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time.

The Clerk of Court is respectfully directed mail a copy of this order to Mr. White at the address below.

Dated: New York, New York
January 6, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To: Devin White
2205 Davidson Ave.
#6B
Bronx, NY 10453