UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN WHITE,

      Plaintiff,

against

NEW YORK CITY POLICE DEPARTMENT, et al.,

      Defendants.

CIVIL ACTION NO.: 19 Civ. 7945 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference was held today, January 13, 2020, regarding Mr. White's failure to comply with the Court's orders at ECF No. 13 and 15. (See ECF No. 20).

Defendants' Letter-Motions for an extension of time to comply with the Court's Valentin Order and to compel Plaintiff to produce a completed, executed, and notarized unsealing release pursuant to New York State Criminal Procedure Law § 160.50 to Corporation Counsel (ECF Nos. 12, 19) are **GRANTED**. Mr. White is **ORDERED** to produce completed, executed, and notarized unsealing releases with respect to the two arrests described in the Complaint to Corporation Counsel by **Wednesday, January 15, 2020**. Attorney James Murray is **ORDERED** to notify the Court by email at Cave_NYSDChambers@nysd.uscourts.gov, copying Mr. White, once he receives the releases. Upon receipt of the notification, the Court will issue an order setting the date by which Defendants must comply with the Valentin Order and corresponding date by which Mr. White must file an amended complaint.

Mr. White confirmed that the Court has his correct address. Mr. White is informed that he may register with the Court to be an ECF Receiving User (one who receives email notifications

of case activity) by submitting the Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically.  Mr. White should note that if he becomes a Receiving User, he must continue to submit filings in paper form.  The consent form can be found at https://nysd.uscourts.gov/node/845.

The Clerk of Court is respectfully directed to close ECF Nos. 12 and 19, and mail a copy of this order to Mr. White at the address below.

Dated:     New York, New York
               January 13, 2020

                                                            SO ORDERED

                                                     _____
                                                   **SARAH L. CAVE**
                                                   **United States Magistrate Judge**

Mail To:     Devin White
                 2205 Davidson Ave.
                 #6B
                 Bronx, NY 10453