UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN WHITE,

                      Plaintiff,

against

NEW YORK CITY POLICE DEPARTMENT, et al.,

                      Defendants.

CIVIL ACTION NO.: 19 Civ. 7945 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Mr. White having produced to Corporation Counsel a completed, executed, and notarized unsealing release pursuant to New York State Criminal Procedure Law § 160.50 with respect to the two arrests described in the Complaint, Defendants are **ORDERED** to comply with the Valentin Order by **Monday, March 9, 2020** and Mr. White must file an amended complaint by **Thursday, April 9, 2020**.

Mr. White is again informed that he may register with the Court to be an ECF Receiving User (one who receives email notifications of case activity) by submitting the Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically. Mr. White should note that if he becomes a Receiving User, he must continue to submit filings in paper form. The consent form can be found at https://nysd.uscourts.gov/node/845.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. White at the address below.

Dated: New York, New York
January 22, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To: Devin White
2205 Davidson Ave.
#6B
Bronx, NY 10453