

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES R. MURRAY**
*Assistant Corporation Counsel*
Phone: (212) 356-2372
Fax: (212) 356-1148
jamurray@law.nyc.gov

March 6, 2020

**BY ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Devin White v. New York City Police Department</u>, *et al.*, 19 CV 7945 (PAE) (SLC)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York (hereinafter "Corporation Counsel"), and the attorney for Defendant City of New York in the above referenced matter. Defendant respectfully writes, with Plaintiff's consent, to request an adjournment of the initial conference currently scheduled for April 16, 2020 at 10:00 am to a time convenient for the court.[1] This is Defendant's first request to adjourn the initial pretrial conference in this matter and the requested adjournment will not affect any previously scheduled dates. Defendant makes the instant request because the undersigned's supervising attorney, Melissa Wachs, will be out of the office on April 16, 2020.

    Thank you for your consideration in this matter.

---

[1] The undersigned has conferred with Plaintiff and respectfully requests that the conference be rescheduled for any time on April 22, 2020, April 23, 2020, or April 24, 2020.

Respectfully submitted,

James R. Murray_ s/____
James R. Murray
Assistant Corporation Counsel
New York City Law Department
100 Church Street, Room 3-183
New York, New York 10007
(212) 356-2372
jamurray@law.nyc.gov

CC: By Mail
*Plaintiff pro se*
Devin White
2205 Davidson Ave.
Apt. 6B
Bronx, New York 10453

> Defendant's Letter-Motion to adjourn the Initial Conference scheduled for April 16, 2020 (ECF No. 25) is GRANTED. The Initial Conference is rescheduled to **Wednesday, April 22, 2020 at 2:00pm** with the parties' Proposed Case Management Plan due by **Wednesday, April 15, 2020**. The Clerk of Court is respectfully directed to close ECF No. 25.
>
> SO-ORDERED 3/9/2020
>
> SARAH L. CAVE
> United States Magistrate Judge