UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN WHITE,

                Plaintiff,

against

NEW YORK CITY POLICE DEPARTMENT, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 7945 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Initial Conference scheduled for Tuesday, June 2, 2020, at 11:00 am will now be held by telephone. The parties are directed to call the Court's conference line at the scheduled time: 866-390-1828, access code 3809799. All parties who intend to speak during the call must use a landline or phone with equivalent quality. On receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time.

Dated:      New York, New York
             May 26, 2020

                                          SO ORDERED

                                          _/s/ Sarah L. Cave_
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**