UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN WHITE,

          Plaintiff,

against

NEW YORK CITY POLICE DEPARTMENT, et al.,

          Defendants.

CIVIL ACTION NO.: 19 Civ. 7945 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff Devin White was directed to file an amended complaint replacing the John Doe defendants with the names of the defendants he is seeking to sue in this action by May 21, 2020. (ECF No. 32). He has not done so. Mr. White is ORDERED to file, by **Friday, June 12, 2020**, the amended complaint. Failure to comply with this Order or to otherwise contact the Court regarding the delay may result in dismissal of this action for failure to prosecute.

Dated:    New York, New York
            May 29, 2020

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**