UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN WHITE,

                    Plaintiff,

against

NEW YORK CITY POLICE DEPARTMENT, et al.,

                    Defendants.

CIVIL ACTION NO.: 19 Civ. 7945 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff Devin White was directed to file an amended complaint replacing the John Doe defendants with the names of the defendants he is seeking to sue in this action by May 21, 2020. (ECF No. 32). He did not do so. Mr. White was then ordered to file the amended complaint by June 12, 2020. (ECF No. 36). He did not do so. Mr. White is granted a third and **final** chance to file an amended complaint by **Wednesday, July 22, 2020**. Failure to comply with this Order or to otherwise contact the Court regarding the delay will result in a recommendation to the Honorable Paul A. Engelmayer that this action **be dismissed** for failure to prosecute.

Dated:     New York, New York
            June 22, 2020

                                                              SO ORDERED

                                                               _____
                                                                SARAH L. CAVE
                                                                **United States Magistrate Judge**