UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN WHITE,

                Plaintiff,

against

NEW YORK CITY POLICE DEPARTMENT, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 7945 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff Devin White was directed to file an amended complaint replacing the John Doe defendants with the names of the defendants he is seeking to sue in this action by May 21, 2020. (ECF No. 32). He did not do so. Mr. White was then ordered to file the amended complaint by June 12, 2020. (ECF No. 36). He did not do so. Mr. White was granted a third and final chance to file an amended complaint by Wednesday, July 22, 2020. (ECF No. 37). Mr. White is reminded that failure to comply with this the Court's Order or to otherwise contact the Court regarding the delay will result in a recommendation to the Honorable Paul A. Engelmayer that this action be dismissed for failure to prosecute.

Accordingly, the Initial Conference scheduled for Friday, July 10, 2020, is adjourned without date pending Mr. White's submission of an amended complaint no later than **July 22, 2020**.

Dated: New York, New York
July 2, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge