UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEVIN WHITE,

                        Plaintiff,

-v-

NEW YORK CITY POLICE DEPARTMENT et al.,

                        Respondents.

19 Civ. 7945 (PAE) (SLC)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

*Pro se* plaintiff Devin White filed the complaint on August 22, 2019. Dkt. 2. On September 30, 2019, this Court referred the case to the Hon. Sarah L. Cave. Dkt. 8. On August 14, 2020, after White had been admonished numerous times to amend the complaint and otherwise respond to the Court's orders—which he had not done—Judge Cave issued her Report and Recommendation recommending dismissal of the case for failure to prosecute. Dkt. 40 ("Report").

## DISCUSSION

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "To accept those portions of the report to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Ruiz v. Citibank, N.A.*, No. 10 Civ. 5950 (KPF), 2014 WL 4635575, at *2 (S.D.N.Y. Aug. 19, 2014) (quoting *King v. Greiner*, No. 02 Civ. 5810 (DLC), 2009 WL 2001439, at *4 (S.D.N.Y. July 8, 2009)); *see also, e.g.*, *Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

As no party has submitted objections to the Report, review for clear error is appropriate. Careful review of Judge Cave's thorough and well-reasoned Report reveals no facial error in its conclusions; the Report is therefore adopted in its entirety.

## CONCLUSION

The Clerk of Court is respectfully directed to close this case and mail a copy of this decision to plaintiff at the address on file.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 31, 2022
      New York, New York

2